UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :
                              :
             v.               :
CESAR HUMBERTO SANCHEZ        :    CRIM. NO.    19-305
ALMENDARES, a/k/a "Cesar Sanchez"  :
       [DEFENDANT]            :

# WAIVER OF IAD ANTISHUTTLING RIGHTS

I, __Cesar Humberto Sanchez Almendares__, having discussed with my attorney the possible
       *[Defendant]*
effect of the Interstate Agreement on Detainers on my case, do hereby state and agree that:

1. I have previously been convicted and sentenced to serve a term of imprisonment in __the State of New Jersey__, and am currently serving that term of
       *[jurisdiction where sentenced]*
imprisonment at __Southern State Correctional Facility, 4295 RT 47, Delmont, NJ 08314__.
       *[name and location of prison where serving sentence]*
I have not completed serving that sentence.

2. I now face federal charges in the District of New Jersey, and for that reason, I have been brought to federal court in __Trenton__, New Jersey.
       *[Newark, Trenton, Camden]*

3. I have been advised that the Interstate Agreement on Detainers, Title 18, United States Code, Appendix 2, may apply to my case and that, if it does, I have the right to remain in federal custody until the federal charges against me have been concluded, rather than to return to __the custody of the State of New Jersey__ to continue serving out my sentencing there.
       *[jurisdiction where sentenced]*

4. Knowing this, I do hereby waive my right to remain in federal custody, and I request to be promptly returned to __the custody of the State of New Jersey__ to continue serving
       *[jurisdiction where sentenced]*

my sentencing there. I further understand that if ordered to do so, the United States Marshal Service shall produce me, pursuant to a writ, for further proceedings in this matter.

_____  Date: 05-15-19
Defendant

_____  Date: 5-15-19
Attorney for Defendant

_____
HON. LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE