UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. CESAR HUMBERTO SANCHEZ ALMENDARES

DOCKET NO.: #19-cr-305

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum    ( ) Ad Testificandum

1. **Cesar Humberto Sanchez Almendares, a/k/a Cesar Sanchez:** SBI #785951D  FBI #62439RC1  DOB:05/14/1991   (hereinafter the "Detainee") is now confined at:

    Southern State Correctional Facility
    4295 Rt. 47
    Delmont, NJ 08314

2. The Detainee is charged in this District by: ( X ) Indictment    ( ) Information    ( ) Complaint

    with violations of Title 8, United States Code, Section 1326(a) and (b)(2).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings, i.e. at the end of trial.

4. The Detainee will be required at Clarkson S. Fisher Federal Building and United States Courthouse, before the Hon. Anne E. Thompson, United States District Court Judge on **Tuesday, May 21st, at 10:30 a.m.**, for an Arraignment in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.

DATED:   May 15, 2019

_____
Alexander Ramey
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: May 15, 2019

_____
HON. LOIS H. GOODMAN, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of:

Southern State Correctional Facility
4295 Rt. 47
Delmont, NJ 08314

WE COMMAND YOU that you have the body of

**Cesar Humberto Sanchez Almendares, a/k/a Cesar Sanchez**

now confined at the Southern State Correctional Facility, brought before the United States District Court, the HON. ANNE E. THOMPSON, U.S.D.J., in the CLARKSON S. FISHER FEDERAL BUILDING AND U.S. COURTHOUSE, TRENTON, NEW JERSEY, on **Tuesday, May 21st, at 10:30 a.m.,** for an ARRAIGNMENT in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Lois H. Goodman
United States Magistrate Court Judge
Trenton, New Jersey.

DATED: 5-15-2019

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk